** RETIREMENT BENEFITS — VOLUNTEER FIREMAN ** A DULY QUALIFIED INDIVIDUAL MAY LAWFULLY RECEIVE A PENSION FROM BOTH THE FIREMEN'S RELIEF AND PENSION FUND AND THE POLICE PENSION AND RETIREMENT SYSTEM. (DOUBLE DIPPING, DUAL RETIREMENT, DUAL COMPENSATION, RETIREMENT BENEFITS DUAL BENEFITS) CITE: 11 O.S. 363 [11-363], 11 O.S. 345 [11-345] (F. BURCK BAILEY) ** SEE: OPINION NO. 74-236 (1974) **